

SEND
ENTER JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

FILED
DATE: 01/28/05

Case No.   CV 03-6516 GHK (SHSx)

Title: UNITED STATES ex rel. ALFONSO ANAYA vs. TENET HEALTHCARE CORP., et al

==============================================================================
PRESENT:

    THE HONORABLE GEORGE H. KING, U.S. DISTRICT JUDGE

| Beatrice Herrera | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present


PROCEEDINGS:     ORDER


    The Court on September 03, 2004, issued an order to show cause why the above matter should not be dismissed for failure to comply with the court's order of May 14, 2004.  The court having reviewed the declaration of Stephen Danz, counsel for the plaintiff and in light of his declination to pursue the above-entitled action, the above-entitled action is **DISMISSED** in its entirety without prejudice for plaintiff's failure to diligently prosecute.

    **IT IS SO ORDERED.**


MINUTES FORM 11
CIV - GEN



Initials of Deputy Clerk